IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FANYA YOUNG,

    Plaintiff,

  v.

THIRD AND MISSION ASSOCIATES LLC; RELATED PROPERTY MANAGEMENT; RELATED CALIFORNIA; KIMBALL, TIRFY & ST. JOHN, LLP; and DOES 1 through 10, inclusive,

    Defendants.

No. C 14-03627 WHA

**ORDER RE TEMPORARY RESTRAINING ORDER**

*Pro se* plaintiff Fanya Young seeks a temporary restraining order enjoining the Sheriff's Department of the City and County of San Francisco from evicting her from an apartment. One problem is that the lawsuit does not name the Sheriff's Department as a party. Therefore, there is no foundation for such an order. This order will, however, enjoin the named defendants from seeking to evict plaintiff until a hearing on the motion for preliminary injunction, provided that plaintiff posts a bond of the amount $5,000 and serves all defendants with the complaint, summons, and all papers (including this order) by **TUESDAY AUGUST 12 AT NOON**. The hearing on the motion for a preliminary injunction is hereby set for **AUGUST 19 AT 10:30 A.M.** The opposition is due by **AUGUST 18 AT NOON**. No replies, please. The papers provided to the Court were missing several pages. The copies served on all defendants must be complete.

    **IT IS SO ORDERED.**

Dated: August 11, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE