IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FANYA YOUNG,

    Plaintiff,

v.

THIRD AND MISSION ASSOCIATES, LLC,
d/b/a THE PARAMOUNT; RELATED
PROPERTY MANAGEMENT COMPANY LP;
RELATED COMPANIES OF CALIFORNIA,
INC.; KIMBALL, TIRFY & ST. JOHN, LLP; and
DOES 1 through 10, inclusive,

    Defendants.

No. C 14-03627 WHA

**ORDER RE AUGUST 19 HEARING**

An August 11 order set the hearing on plaintiff's motion for a preliminary injunction for August 19, 2014 at 10:30 a.m. On August 18, defendant Third and Mission Associates, LLC filed an opposition. Defense counsel Attorney Julia Adams stated that "I have a pre-planned vacation with a non-refundable ticket and will be out of the state" at the hearing time.

The undersigned judge generally does not allow telephonic appearances for motion hearings. The Court strongly prefers that someone from defense counsel appear in person. Nonetheless, if Attorney Adams is unable to find someone else to appear on her behalf, the Court will allow her to appear via telephone for the August 19 hearing. Attorney Adams is responsible for contacting our courtroom deputy Dawn Toland ((415) 522-2020) to make the appropriate arrangements in advance of the hearing.

**IT IS SO ORDERED.**

Dated: August 18, 2014



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE