United States District Court
For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

FANYA YOUNG,

11

Plaintiff,                              No. C 14-03627 WHA

12

v.

13

THIRD AND MISSION ASSOCIATES, LLC, et al.,       **ORDER TO SHOW CAUSE**

14

Defendants.

15

/

16

        The time for filing a response to the motion to dismiss has passed.  No response has been

17

filed.  By **NOON ON SEPTEMBER 30**, Attorney Fanya Young shall show cause:  (a) why no

18

response was timely filed; (b) why this action should not be dismissed for failure to prosecute;

19

and (c) why the motion to dismiss should not be granted.  If no response is timely filed, the

20

motion to dismiss may be granted and/or the action may be dismissed for failure to prosecute.  If a

21

response is timely filed, defendants have until **NOON ON OCTOBER 3**, to file a reply.  Defense

22

counsel shall promptly file a declaration, under oath, stating whether Attorney Young complied

23

with Rule 11(c)(2).

24

25

        **IT IS SO ORDERED.**

26

Dated:   September 23, 2014.

27

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28