IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FANYA YOUNG,

    Plaintiff,

  v.

THIRD AND MISSION ASSOCIATES, LLC, et al.,

    Defendants.

No. C 14-03627 WHA

**ORDER RE REFERRAL NOTICE**

Our court of appeals has issued a referral notice regarding whether *in forma pauperis* status should continue for Attorney Fanya Young's pending appeal in this action. By **NOON ON OCTOBER 21**, Attorney Young shall file a signed, sworn declaration that updates the Court on her financial situation, including whether she is employed, all sources of income, and assets.

**IT IS SO ORDERED.**

Dated: October 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE