IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FANYA YOUNG,

    Plaintiff,

  v.

THIRD AND MISSION ASSOCIATES, LLC, et al.,

    Defendants.

No. C 14-03627 WHA

**ORDER RE DEFICIENT FILING**

    In October 2014, our court of appeals referred this matter to the undersigned judge for the limited purpose of determining whether *in forma pauperis* status should continue for Attorney Fanya Young's pending appeal herein. Attorney Young was thus ordered to file a signed, sworn declaration regarding her financial situation by October 21 at noon (Dkt. Nos. 63, 66). No proper declaration was timely filed.

    Instead, at 1:54 p.m. on October 21, Attorney Young filed a blank "financial affidavit" form. No information on the form was completed. Attorney Young previously provided the Court with an email address so that she could receive ECF notices.

    Accordingly, Attorney Young has until **OCTOBER 22 AT NOON** to tender the necessary financial information in a sworn declaration. Attorney Young must provide complete and accurate information showing entitlement to *in forma pauperis* status. Failure to do so may result in an order revoking *in forma pauperis* status for her pending appeal.

    **IT IS SO ORDERED.**

Dated: October 21, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE