IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FANYA YOUNG,

    Plaintiff,

  v.

THIRD AND MISSION ASSOCIATES, LLC, et al.,

    Defendants.

No. C 14-03627 WHA

**ORDER RE** *IN FORMA PAUPERIS* **STATUS ON APPEAL**

    Our court of appeals has referred this matter to the undersigned judge for the limited purpose of determining whether *in forma pauperis* status should continue for Attorney Fanya Young's pending appeal herein. Attorney Young stated in a sworn declaration that her estimated "gross income" was "approximately $20,000 at best for the year 2014." She has "personal property totaling approximately $5,000." She earns approximately "$1,200" per a month by providing legal services. Her monthly bills total approximately $1,463 for student loans, rent, utilities, and supplies. She has no assets, bank accounts, or real property (Dkt. No. 69).

    Attorney Young does not fit the profile of the typical indigent plaintiff who would suffer a material difficulty in paying for perfecting her appeal. Nevertheless, based on her sworn representations, this order finds that she may proceed *in forma pauperis* on her pending appeal herein.

    **IT IS SO ORDERED.**

Dated: October 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE