IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FANYA YOUNG,

    Plaintiff,

  v.

THIRD AND MISSION ASSOCIATES, LLC, et al.,

    Defendants.

No. C 14-03627 WHA

**ORDER RE CLAIM AGAINST DEPOSIT**

    In August 2014, *pro se* plaintiff Fanya Young posted a $5,000 bond for her motion for a temporary restraining order. Now, defendants move for the sum of $1,701.59 from her bond for the rental value of the premises for the period August 2014 through October 7, 2014, during which "Fanya Young remained in possession [of] the Premises . . . . [But] paid no rent" (Crane Decl. ¶¶ 3, 5).

    By **NOVEMBER 7 AT NOON**, plaintiff shall file a signed, sworn declaration stating whether she paid the rent due for the premises for the period August 2014 through October 7, 2014.

**IT IS SO ORDERED.**

Dated: October 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE