1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT

7
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   FANYA YOUNG,

11              Plaintiff,                        No. C 14-03627 WHA

12        v.

13   THIRD AND MISSION ASSOCIATES            **ORDER TO RELEASE FUNDS**
     LLC,
14
                Defendant.
15   _____/

16

17        *Pro se* plaintiff, Fanya Young, an attorney, seeks the release of the balance of funds

18   deposited with the Court not subject to her pending appeal.  On June 10, the Court of Appeals for

19   the Ninth Circuit denied Attorney Young's "emergency motion to release funds" but noted that

20   decision was without prejudice to seeking relief from the district court.  In response to this

21   Court's request, defendant stated it has no objection to the release of the funds (Dkt. No. 102).

22        Good cause shown, the Office of the Clerk shall release $4,237, plus interest accrued on

23   that sum, to Attorney Young by JULY 10, 2015 (Dkt. No. 8).

24

25        **IT IS SO ORDERED**

26

27   Dated:  July 8, 2015.                    _____
                                              WILLIAM ALSUP
28                                            UNITED STATES DISTRICT JUDGE